IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 91-CR-0044-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD LEE MORALES,

    Defendant.

_____

ORDER
_____

    The matter before the Court is Defendant Morales' Motion For Reconsideration Of Sentence, requesting that Defendant's sentence run concurrently to his Arizona state sentence. The Court has carefully considered the motion, the seriousness of the crime, Defendant's extensive criminal record, and all other facts and circumstances of this case, including the statutes and the Guidelines, which set a policy that a sentence upon revocation is to be served consecutively. Also, the Court has conferred with the Probation Department, which opposes the motion. It appears that Defendant's sentence was fair and just and in compliance with the statute and Guidelines. In consideration of all of the above, the Court will not grant Defendant's motion. The Court commends Mr. Morales for his achievements while in custody, and urges him to continue his efforts to turn his life around. Accordingly, it is

ORDERED that Defendant Morales' Motion For Reconsideration Of Sentence is denied.

Dated at Denver, Colorado, this  16  day of March, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court